JOSEPH MOCCO, TOWNSHIP CLERK OF THE TOWNSHIP OF NORTH BERGEN v. ANTHONY DIVINCENT, MAYOR OF THE TOWNSHIP OF NORTH BERGEN.

September 28, 1982.

Petition for certification denied.

IRIS ALTOMARE v. DANIEL A. DEGNAN.

September 28, 1982.

Petition for certification denied.

ROBERT GALANTY v. CHRYSLER CORPORATION AND ROSSMEYER BROTHERS, INC.

September 28, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. JOHNNY WATSON.

September 28, 1982.

Petition for certification denied.